# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 21, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 22 2017
```

By ECF

Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Julian Harris,* 13 Cr. 556 (AJN); 17 Cr. 97 (NRB)

Dear Judge Nathan:

    I write on consent (Assistant United States Attorney Michael Longyear and Senior Probation Officer Elisha Rivera) to respectfully request that the Court transfer Mr. Harris's pending violation of supervised release to Judge Buchwald under Local Rule 14 ("Transfer of Cases by Consent"). ] So ordered

    On March 2, 2017, Mr. Harris pleaded guilty to possessing a firearm after being convicted of a felony; at the plea, Judge Buchwald agreed to accept the transfer of Mr. Harris's violation of supervised release so that the two cases could be consolidated for sentencing.

    The context of the request is as follows: On May 16, 2014, the Court sentenced Mr. Harris to 29 months' imprisonment and three years' supervised release for possessing a firearm after being convicted of a felony. Mr. Harris was released from custody on around October 27, 2016, and was arrested the next day by the NYPD and charged with possessing a firearm. The case was ultimately brought federally, and Mr. Harris pleaded guilty earlier this month. Mr. Harris was also charged – based on the same conduct – with violating the conditions of his supervised release.

    Given the overlap between the violation of supervised release and the new offense, and the fact that the new offense occurred the day after Mr. Harris's release from custody, I urge the Court to transfer the violation to Judge Buchwald so that the cases can be consolidated for sentencing. Such a transfer will be in the interests of efficiency, as the sentencing arguments concerning both the new offense and the violation of supervised release will be identical.

SO ORDERED:   3/22/17

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Honorable Alison J. Nathan  Page 2
March 21, 2017

Re:   *United States v. Julian Harris*, 13 Cr. 556 (AJN)

Thank you for your consideration of this request.

Very Truly Yours,

/s/
Martin Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

Cc:   Honorable Naomi Reice Buchwald, by hand
Michael Longyear, Esq., by ECF and e-mail
Elisha Rivera, Senior U.S. Probation Officer, by e-mail
Mr. Julian Harris, MDC Register Number 68905-054